| United States District Court | Southern District of Texas |
|---|---|

Davy Fangue, §
§
§
    Plaintiff, §
§
versus §   Civil Action H-15-1196
§
ASI Lloyds, §
§
§
    Defendant. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice except that the parties may move for reinstatement by September 4, 2015.

2. This court retains jurisdiction to enforce the settlement.

Signed on August 17, 2015, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge