UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

November 06, 2015

David J. Bradley, Clerk

| | | |
|---|---|---|
| Davy Fangue, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-15-1196 |
| | § | |
| ASI Lloyds, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

1.    Having been advised that a settlement has been reached, this case is dismissed with prejudice.

2.    This court retains jurisdiction to enforce the settlement.

Signed on November 6, 2015, at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge